Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Pro Hac Vice To Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few, <br><br> Plaintiff. <br><br> v. <br><br> United Teachers of Los Angeles, et. al, <br><br> Defendants. | Case No. 2:18-cv-9531 <br><br> **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff, Thomas Few, respectfully moves for a preliminary injunction against Defendants, United Teachers of Los Angeles, Los Angeles Unified School District, and

the State of California.

    Mr. Few respectfully requests that the Court enter a preliminary injunction:

1. Enjoining United Teachers of Los Angeles from charging Mr. Few union membership dues;
2. Enjoining Los Angeles Unified School District from deducting union dues from Mr. Few's paycheck;
3. Enjoining the Attorney General from enforcing Cal. Gov't Code §§ 3543.1 and 3546 and Cal. Educ. Code §§ 45060 and 45168 to the extent that they authorize UTLA and LAUSD to deduct union dues and fees from Mr. Few's paycheck without his affirmative consent;
4. Enjoining United Teachers of Los Angeles from acting as Mr. Few's exclusive representative in his relationship with his employer, Los Angeles Unified School District; and
5. Enjoining the Attorney General from enforcing Cal. Gov't Code § 3543 and all other provisions of California law that provide for exclusive representation of employees who do not affirmatively consent to union membership.

Dated: November 13, 2018

                Respectfully submitted,

                /s/ Mark W. Bucher
                Mark W. Bucher
                mark@calpolicycenter.org
                CA S.B.N. # 210474
                Law Office of Mark W. Bucher
                18002 Irvine Blvd., Suite 108
                Tustin, CA 92780-3321
                Phone: 714-313-3706
                Fax: 714-573-2297

                /s/ Brian Kelsey
                Brian Kelsey (Pro Hac Vice To Be Filed)
                bkelsey@libertyjusticecenter.org

Jeffrey M. Schwab (Pro Hac Vice To Be Filed)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*