# Exhibit A

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Pro Hac Vice To Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br><br>    Plaintiff.<br><br>v.<br><br>United Teachers of Los Angeles, et. al,<br><br>    Defendants. | Case No. 2:18-cv-9531<br><br>**DECLARATION OF PLAINTIFF THOMAS FEW** |

Scanned with CamScanner

Thomas Few, the undersigned Declarant and Plaintiff in the above captioned action, declares under penalty of perjury:

1. I have been a special education teacher in the Los Angeles Unified School District (LAUSD) since August 2016.

2. Since September 2016, I have taught at Francisco Sepulveda Middle School.

3. In August 2016, when I began my employment with LAUSD, I joined the United Teachers of Los Angles (UTLA). When I joined UTLA, neither UTLA nor LAUSD informed me that I had the right not to join the union.

4. On February 13, 2018, UTLA offered me a union membership card that I signed. Once again, I was not informed by UTLA or LAUSD of my right not to join the union.

5. Later in 2018, I learned that I had a legal right not to be a union member but to pay agency fees instead of full union dues. On or about June 2, 2018, I sent a letter to UTLA asking to resign my membership and to become an agency fee payer.

6. On July 13, 2018, UTLA responded to my resignation letter by rejecting it. UTLA stated that I could not resign from the union until my resignation window, which was "not less than thirty (30) days and not more than sixty (60) days before" the anniversary of my union membership on February 13.

7. After the Supreme Court issued its decision in *Janus v AFSCME*, I learned that I had the right both not to be a member of the union and not to pay any money to the union. I submitted a second resignation letter to UTLA on August 3, 2018. I received no response from UTLA to my second resignation letter.

8. I also sent a copy of my August 3, 2018 UTLA resignation letter to LAUSD. I did not receive a response from LAUSD.

9. On or about October 10, 2018, I submitted a third letter to UTLA, explaining that the union agreement I had signed in February 2018 was invalid after the Supreme Court's decision in *Janus*. I requested, once again, to resign from the union and stop having

Case No. 2:18-cv-9531         2
DECLARATION OF PLAINTIFF THOMAS FEW

Scanned with CamScanner

its dues deducted from my paycheck. UTLA responded to my third letter by denying it because it was not received within the resignation window.

10. LAUSD has deducted union dues of approximately eighty-six dollars ($86) per month from my paycheck since I began employment in August 2016. LAUSD continues to deduct these dues, despite my repeated requests that it be stopped.

11. I do not wish to be a member of UTLA or to have union dues deducted from my paycheck.

12. I do not wish UTLA to be my representative in bargaining negotiations with LAUSD.

13. I do not approve of the political advocacy in which UTLA engages.

14. I do not agree with UTLA's threatened strike against LAUSD.

I, Thomas Few, declare under penalty of perjury that the forgoing is true and correct.

_____    Executed on November 12, 2018.
Thomas Few

Scanned with CamScanner