# Exhibit C



7/13/18

**THOMAS FEW**

**VENTURA, CA**

Thank you for contacting United Teachers Los Angeles regarding your membership.

We encourage you to take this opportunity to consider the challenges we face as educators in today's environment. **Our work has become more urgent under the new LAUSD superintendent, Austin Beutner.** One of his first actions in office has been the release of the fundamentally flawed "Hard Choices" report that blames teacher pay, pensions, and healthcare for LAUSD's financial problems. The report ignores the real culprits: LAUSD's unwillingness to spend the $1.7 billion projected reserve, California's drastically low per-pupil funding, the federal shortfall in special education funding, and the unregulated charter growth that drains nearly $600 million from LA schools every year.

**The stakes are higher than ever to ensure our collective voice stays strong.** The UTLA ALL In membership is what will protect us-our healthcare, our secure retirement, our ability to advocate for our students- from the Janus v. AFSCME Supreme court ruling.

Our records indicate that you signed a UTLA ALL IN Membership Card on __2/13/18__ (see attached copy) where you agreed – irrespective of union membership – to pay monthly dues unless you provide written notice by U.S. mail to UTLA during the open period not less than thirty (30) days and not more than sixty (60) days before the annual anniversary date of the agreement (i.e., of your signature date). Your agreement to maintain dues payments is automatically renewed from year to year unless you revoke it in writing during the open period.

UTLA will only honor requests to terminate annual dues payments during the open period specified above upon written notice via U.S. Mail to: UTLA, 3303 Wilshire Blvd., 10th Floor, Los Angeles CA 90010, Attn: Membership Dept. With your request please include your name, employee number, original signature, and reason for your request (optional).

You can terminate your membership and become a **Dues Paying Non-Member** only, but you must continue to pay dues until it is revoked in writing during the *open period* specified above. If you wish to become a Dues Paying Non-Member, please submit a written notice by U.S. mail to UTLA.

If you should have any questions, please email: membership@utla.net or call (213) 487-5560.

Scanned with CamScanner