# Exhibit E

United Teachers Los Angeles
3303 Wilshire Blvd #10,
Los Angeles, CA 90010

To whom it may concern:

I am employed by Los Angeles Unified School Districy. With this letter I am resigning my membership in the union. In accordance with my rights under the Supreme Court's decision in *Janus v AFSCME* and/or any right-to-work laws or other similar laws of my state, I no longer wish to pay dues or fees to the union. Therefore, I am immediately terminating my membership in the union and all of its affiliates and revoking any previous dues authorization, check off, or continuing membership form that I may have signed. I understand that I may rejoin at a later time if I believe that membership is in the best interests of me, my family, and those in my work environment who rely on me.

If you refuse to accept my resignation at this time and/or refuse to cease charging me dues and/or fees, I request that you hold this letter until such time as you believe that I can resign effectively, and honor this letter and my resignation and revocation request at that time. If you refuse to accept my resignation at this time and/or refuse to cease charging dues and/or fees, please inform me of the reason or reasons why I cannot resign immediately, and the date(s) at which you believe I can effectively resign, along with any further steps that are necessary. If there is a "window" period during which I can resign or revoke any withholding authorizations or checkoffs, please send me a copy of all controlling documents which state what this window period is for me, such as any bylaws, checkoff cards and/or authorizations.

Please be aware that my right to refrain from paying fees to the union is a constitutional right to free speech protected under *Janus*. If I am denied that right, I may take legal action to enforce my rights.

Sincerely,

Thomas Few
Ventura, CA ███
805████
████@gmail.com

Signature: *Thomas Few*   Dated: 10-10-18

Scanned with CamScanner