# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED TEACHERS LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–09531–DDP–JEM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   11/13/2018

Document Number(s):   12

Title of Document(s):   MOTION for Preliminary Injunction re Dues Collection and Exclusive Representation . Motion filed by plaintiff Thomas Few. (Attachments: # 1 Memorandum

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Proposed Document was not submitted as separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 14, 2018           By:  /s/ *Sharon Hall–Brown  213–894–3651*
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

