Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Pro Hac Vice To Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few, <br><br> Plaintiff. <br><br> v. <br><br> United Teachers of Los Angeles, et. al, <br><br> Defendants. | Case No. 2:18-cv-9531 <br><br> **NOTICE OF ERRATA AND AMENDMENT TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION** <br><br> Hearing Date:  Demember 17, 2018 <br> Time: 10:00 am <br> Judge:  Hon. Dean D. Pergerson |

PLEASE TAKE NOTICE that Plaintiff Thomas Few hereby provides notice of errata and correction as follows:

On November 13, 2018, Plaintiff filed his Motion For Preliminary Injunction and Memorandum Of Law In Support Of The Motion For Preliminary Injunction. In doing so, Plaintiff failed to note the hearing date for the Motion as required by L.R. 7-4 and to attach the Proposed Order pursuant to L.R. 7-20. An amended Motion and Memorandum are now being filed contemporaneously with this Notice.

Dated: November 15, 2018

          Respectfully submitted,

/s/ Mark W. Bucher
Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

/s/ Brian Kelsey
Brian Kelsey (Pro Hac Vice To Be Filed)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (Pro Hac Vice To Be Filed)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

Case No. 2:18-cv-9531    2

NOTICE OF ERRATA AND AMENDMENT TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW IN SUPPORT OF THE MOTION