# Exhibit B

United Teachers Los Angeles
3303 Wilshire Blvd Fl 10
Los Angeles CA 90099-9209

To Whom it May Concern:

Effective immediately, I resign membership in all levels of United Teachers Los Angeles and all affiliated labor organizations.

As a nonmember, I object to the use of my agency fee for nonchargeable activities, in accordance with my rights as protected by *Abood v. Detroit Board of Education* and *Chicago Teachers v. Hudson*.

I request a copy of the most recent calculation of the chargeable portion of my agency fee and an explanation of how I am to be refunded or to be charged a reduced fee based on only the chargeable portion.

This objection is permanent and continuing in nature and should be honored for as long as I remain in the bargaining unit.

Since I am continuing to pay for the "representation" portion of my dues, I understand the union will continue to represent me fairly and without discrimination in all matters subject to collective bargaining. I understand that I cannot be denied any benefits, including healthcare, pension, step increases, etc., under the labor contract with my employer because of non-membership in the union.

Lastly, I request that you promptly provide me with a copy of any dues payment authorization—written, electronic, or oral—the union has on file for me.

I trust that you will act promptly to properly observe my constitutional rights.

Thomas Few
▇▇▇▇▇▇▇▇▇
Ventura, California ▇▇▇
(805) ▇▇▇▇

LAUSD
TEACHER
Full Time

Signature and Date: *Thomas Few*   6-2-18

☑ Do not contact me with any future membership solicitations or union materials.

Scanned with CamScanner