# Exhibit

# D

President
United Teachers Los Angleles (UTLA)
3303 WILSHIRE BLVD,10TH FL
LOS ANGELES, CA 90010

UTLA President:

Effective immediately, I resign membership in all levels of United Teachers Los Angleles (UTLA).

As a nonmember, I request that you immediately cease deducting all dues, fees, and political contributions from my wages, as is my constitutional right in light of the U.S. Supreme Court's ruling in *Janus v. AFSCME*.

This objection is permanent and continuing in nature and should be honored for as long as I remain in the bargaining unit.

I understand that UTLA has arranged to be the sole provider of workplace representation services for all employees in my bargaining unit and that I am legally prohibited from using alternative services. I understand further that, in exchange for the privilege of acting as the exclusive bargaining representative, UTLA  must continue to represent me fairly and without discrimination in dealings with my employer and cannot, under any circumstances, deny me any wages, benefits, or protections provided under the collective bargaining agreement with my employer.

Furthermore, I request that you promptly provide me with a copy of any dues deduction authorization — written, electronic, or oral — the union has on file for me.

I trust that you will act promptly to properly observe my constitutional rights.

_____          8-03-18
Signature                        Date

THOMAS FEW
LAUSD

VENTURA, CA ▇▇▇

Do not contact me with any future membership solicitations or union materials.