# Exhibit F



10/19/18

THOMAS FEW

VENTURA, CA

Thank you for contacting United Teachers Los Angeles regarding your membership.

Our records indicate that you signed a UTLA ALL IN Membership Card on __2/13/18__

You can terminate your membership and become a ***Dues Paying Non-Member*** only, but you must continue to pay dues until it is revoked in writing during the open period. If you wish to become a Dues Paying Non-Member, please submit a written notice by U.S. mail to UTLA.

UTLA will only honor requests to terminate annual dues payments during the open period not less than thirty (30) days and not more than sixty (60) days before the annual anniversary date of the agreement (i.e., of your signature date) upon written notice via U.S. Mail to: UTLA, 3303 Wilshire Blvd., 10th Floor, Los Angeles CA 90010, Attn: Membership Dept. With your request please include your name, employee number, original signature, and reason for your request (optional).

Please note your agreement to maintain dues payments is automatically renewed from year to year unless you revoke it in writing during the open period.

If you should have any questions, please email: membership@utla.net or call (213) 487-5560.

Scanned with CamScanner