Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian Kelsey (*Pro Hac Vice To Be Filed*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Pro Hac Vice To Be Filed*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br><br>　　　　　　Plaintiff.<br><br>v.<br><br>United Teachers of Los Angeles, et. al,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-9531<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　　This matter came before the Court upon a hearing on December 17, 2018 on Plaintiff Thomas Few's Amended Motion for Preliminary Injunction, filed November 15,

2018. Having reviewed the papers filed in support of and in opposition to this motion, this Court finds that Mr. Few has demonstrated that he has a significant likelihood of success on the merits; that if an injunction does not issue in this case, he will be irreparably injured; that the balance of equities in this case favors granting Mr. Few an injunction; and that the issuance of an injunction is in the public interest.

It is accordingly ORDERED, ADJUDGED, and DECREED as follows:

1. Defendant United Teachers of Los Angeles is enjoined from charging Mr. Few union membership dues;
2. Defendant Los Angeles Unified School District is enjoined from deducting union dues from Mr. Few's paycheck;
3. Defendant Attorney General Xavier Becerra is enjoined from enforcing Cal. Gov't Code §§ 3543.1 and 3546 and Cal. Educ. Code §§ 45060 and 45168 to the extent that they authorize UTLA and LAUSD to deduct union dues and fees from Mr. Few's paycheck without his affirmative consent;
4. Defendant United Teachers of Los Angeles is enjoined from acting as Mr. Few's exclusive representative in his relationship with his employer, Los Angeles Unified School District; and
5. Defendant Attorney General Xavier Becerra is enjoined from enforcing Cal. Gov't Code § 3543 and all other provisions of California law that provide for exclusive representation of employees who do not affirmatively consent to union membership.

Dated: _____, 20___

/s/ Dean D. Pregerson
Judge Dean D. Pregerson

Case No. 2:18-cv-9531      2

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION