Brian Kelsey
Liberty Justice Center
190 LaSalle St., Suite 1500
Chicago, IL 60603

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW <br><br> Plaintiff(s) <br><br> v. <br><br> UNITED TEACHERS OF LOS ANGELES, et al. <br><br> Defendant(s) | CASE NUMBER <br><br> 2:18-cv-9531-DDP-JEM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Kelsey, Brian K.
*Applicant's Name (Last Name, First Name & Middle Initial)*

571-310-3750        312-263-7702
*Telephone Number*    *Fax Number*

bkelsey@libertyjusticecenter.org
*E-Mail Address*

of

Liberty Justice Center
190 S. LaSalle St.
Suite 1500
Chicago, IL 60603

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thomas Few

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐*Other:*

**and designating as Local Counsel**

Bucher, Mark W.
*Designee's Name (Last Name, First Name & Middle Initial)*

210474        714-313-3706        714-573-2297
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mark@calpolicycenter.org
*E-Mail Address*

of

Law Office of Mark W. Bucher
18002 Irvine Blvd.
Suite 108
Tustin, CA 92780-3321

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**