# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW<br><br>Plaintiff(s)<br>v.<br><br>UNITED TEACHERS OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-9531-CJC-JEM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Schwab, Jeffrey M. of Liberty Justice Center
*Applicant's Name (Last Name, First Name & Middle Initial*  190 South LaSalle Street
312-263-7668     312-263-7702   Suite 1500
*Telephone Number*   *Fax Number*   Chicago, Illinois 60603
jschwab@libertyjusticecenter.org
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thomas Few

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Bucher, Mark W. of Law Office of Mark W. Bucher
*Designee's Name (Last Name, First Name & Middle Initial)*  18002 Irvine Blvd.
210474   714-313-3706   714-573-2297   Suite 108
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Tustin, CA 92780-3321
mark@calpolicycenter.org
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated:** November 21, 2018

*U.S. District Judge/U.S. Magistrate Judge*