Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 2210474
Law Officesof Mark W. Bucher
18002 Irvine Boulevard, Suite 108
Tustin, California 92780-3321
Telephone:  (714) 313-3706
Facsimile:   (714) 573-2297

Brian Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Admitted Pro Hac Vice*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone:  (312) 263-7668
Facsimile:   (312) 263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br><br>                    Plaintiff,<br><br>          v.<br><br>United Teachers of Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; Xavier Becerra, in his official capacity as Attorney General of California,<br><br>                    Defendants. | Case No. 2:18-cv-09531-JLS-DFM<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   February 22, 2019<br>Time:  10:30 a.m.<br><br>*Judge Josephine L. Staton* |

On November 13, 2018, Plaintiff filed a Motion for Preliminary Injunction and Memorandum of Law in support thereof.  On November 15, 2018, Plaintiff filed an Amended Motion for Preliminary Injunction and Memorandum of Law in support thereof.  Plaintiff now files this Notice to inform the Court that he is withdrawing his

Case No. 2:18-cv-09531-JLS-DFM          1
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INUNCTION**

previously filed Amended Motion for Preliminary Injunction and requests this Court to cancel the hearing thereon.

DATED:  January 10, 2019            Respectfully submitted

/s/ Mark W. Bucher
Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Offices of Mark W. Bucher
18002 Irvine Boulevard, Suite 108
Tustin, California 92780-3321
Telephone:  (714) 313-3706
Facsimile:   (714) 573-2297

/s/ Brian Kelsey
Brian Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (Admitted Pro Hac Vice)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone:  (312) 263-7668
Facsimile:   (312) 263-7702

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am employed in the County of Orange County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18002 Irvine Boulevard, Suite 108, Tustin, California 92780-3321.

On January 10, 2019, I caused to be served the foregoing documents described below on the following interested parties in this action:

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

☒   Via ELECTRONIC CASE FILING, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- Joshua B. Adams
  jadaams@bushgottlieb.com; mrodriguez@bushgottlieb.com

- Scott A. Kronland
  skronland@altber.com; jperley@altber.com

- Danielle Evelyn Leonard
  dleonard@altber.com; smendez@altber.com

- P. Casey Pitts
  cpitts@altshulerberzon.com; mpelrine@altshulerberzon.com

- Austin Beutner (via US Mail)
  333 South Beaudry Avenue, Los Angeles, California 90017

☒   (Federal) I declare that I am a member of the Bar of this Court at whose direction the service was made.  Executed on January 10, 2019, at Tustin, California.

                                    s/ Mark W. Bucher
                             Email: mark@calpolicycenter.org