_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 18-09531-JLS (DFM)                                        Date:  June 6, 2019
Title:  Thomas Few v. United Teachers Los Angeles et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing June 7, 2019, is VACATED and the following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

The parties' proposals differ by approximately 90 days.  The Court has adopted Defendants' more lengthy proposal.  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | August 6, 2019 |
| Fact Discovery Cut-off: | October 4, 2019 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | October 18, 2019 |

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  CV 18-09531-JLS (DFM) | Date:  June 6, 2019 |
| Title:  Thomas Few v. United Teachers Los Angeles et al | |

| | |
|---|---|
| Last Day to Serve Initial Expert Reports: | October 18, 2019 |
| Last Day to Serve Rebuttal Expert Reports: | November 15, 2019 |
| Last Day to Conduct Settlement Proceedings: | December 6, 2019 |
| Expert Discovery Cut-off: | December 13, 2019 |
| Last Day to File *Daubert* Motions: | December 20, 2019 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | January 10, 2020 |
| Final Pretrial Conference (10:30 a.m.): | February 7, 2020 |
| Preliminary Trial Estimate: | 2 days |

Initials of Preparer:  tg

___