Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Admitted Pro Hac Vice*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br>                    Plaintiff<br><br>v.<br><br>United Teachers of Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; Xavier Becerra, in his official capacity as Attorney General of California,<br>                    Defendants. | Case No. 2:18-cv-09531-JLS (DFMx)<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS** |

SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
DANIELLE LEONARD (SBN 218201)
dleonard@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant UTLA*

Plaintiff Thomas Few and Defendants United Teachers Los Angeles ("UTLA") by and through their undersigned counsel of record, stipulate that, solely for purposes of filing cross-motions for summary judgment in this case, the following facts are true. Entering this stipulation does not preclude any party from submitting evidence establishing or refuting any other fact in support of or opposition to a motion for summary judgment.

1.    Thomas Few has been a special education teacher employed by the Los Angeles Unified School District ("LAUSD") since August 2016.

2.    A true and correct copy of Few's September 8, 2016 UTLA membership application, which Few signed, is attached hereto as Exhibit A.

3.    A true and correct copy of Few's February 13, 2018 updated UTLA membership application, which Few signed, is attached hereto as Exhibit B.

4.      A true and correct copy of Few's June 2018 letter received by UTLA is attached hereto as Exhibit C.

5.      A true and correct copy of UTLA's July 13, 2018 letter to Few, which Few received, is attached hereto as Exhibit D.

6.      On August 3, 2018, Few submitted another letter to both UTLA and LAUSD, which UTLA and LAUSD received.  A true and correct copy of Few's August 3, 2018 letter is attached hereto as Exhibit E.

7.      On or about October 10, 2018, Few submitted a letter to UTLA, which UTLA received.  A true and correct copy of Few's October 10, 2018 letter is attached hereto as Exhibit F.

8.      On October 19, 2018, UTLA sent a letter to Few, which Few received.  A true and correct copy of UTLA's October 19, 2018 letter is attached hereto as Exhibit G.

9.      On or about November 21, 2018, UTLA sent Few a letter dated November 20, 2018, which Few received.  A true and correct copy of UTLA's November 20, 2018 letter is attached hereto as Exhibit H.  UTLA included with the letter a check for $433.31 payable to Few.

10.     The check for $433.31 reimbursed Few for all dues deducted from his pay from the beginning of June 2018 to October 31, 2018 (corresponding to the November 5, 2018 pay date), including interest.

11.     LAUSD has not deducted any dues from Few's wages since October 31, 2018 (corresponding to the November 5, 2018 pay date).

12.     On or about December 5, 2018, Few's counsel responded to UTLA with a letter acknowledging Few's receipt and deposit of the check provided by UTLA.  A true and correct copy of the December 5, 2018 letter is attached hereto as Exhibit I.

13.     From the time he began his employment through October 31, 2018, LAUSD deducted union dues of approximately eighty-six dollars ($86) per month from Few's paychecks and remitted them to UTLA.

14.     Prior to the U.S. Supreme Court's decision in *Janus v. AFSCME, Council 31* on June 27, 2018, bargaining unit workers who were not UTLA members were required to pay fair-share fees to UTLA, pursuant to the Educational Employment Relations Act. LAUSD deducted fair-share fees from wages.  Compulsory fair-share fees were less than membership dues.  LAUSD stopped deducting, and UTLA stopped receiving, fair-share fees after *Janus*.

Dated: October 17, 2019                     Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (Admitted Pro Hac Vice)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ P. Casey Pitts
SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
DANIELLE LEONARD (SBN 218201)
dleonard@altshulerberzon.com

P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant UTLA*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: October 17, 2019          /s/ Brian K. Kelsey
                                 Brian K. Kelsey
                                 Liberty Justice Center
                                 *Attorney for Plaintiff*