SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant United Teachers Los Angeles*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED TEACHERS LOS ANGELES, *et al.*,<br><br>    Defendants. | CASE NO: 2:18-cv-09531-JLS-DFM<br><br>**UTLA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: Dec. 13, 2019<br>Hearing Time: 10:30 a.m.[*]<br>Location:     Courtroom 10A<br><br>Hon. Josephine L. Staton |

---

[*] The parties will submit a request to waive oral argument on their motions for summary judgment.

---

UTLA'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, No. 2:18-cv-09531-JLS-DFM

## NOTICE OF MOTION AND MOTION

Please take notice that defendant United Teachers Los Angeles ("UTLA") will, and hereby does, move for an order of summary judgment pursuant to Federal Rule of Civil Procedure 56 on the ground that Plaintiff's remaining claim, Count I of the First Amended Complaint (Dkt. 38), fails as a matter of law on the undisputed facts.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 11, 2019.

This motion is set for hearing on December 13, 2019, at 10:30 a.m. in Courtroom 10A, 10th Floor, 411 W. Fourth Street, Santa Ana, California, before the Honorable Josephine L. Staton.  The parties will submit a request to waive oral argument on this motion and any other motions for summary judgment set for hearing on that date.  This motion is based on the accompanying Memorandum of Points and Authorities, the parties' agreed-upon Statement of Undisputed Facts and accompanying exhibits, UTLA's Statement of Uncontroverted Material Facts and Conclusions of Law, the Declaration of Harry Mar, the complete files and records of this action, and such other matters as the Court may properly consider in ruling on the motion.

Dated:  October 18, 2019              Respectfully submitted,

By:      /s/P. Casey Pitts
         P. Casey Pitts

SCOTT A. KRONLAND
P. CASEY PITTS
ALTSHULER BERZON LLP

IRA L. GOTTLIEB
BUSH GOTTLIEB, A Law Corporation

*Attorneys for Defendant*
*United Teachers Los Angeles*