Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Admitted Pro Hac Vice*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br>    Plaintiff<br><br>v.<br><br>United Teachers of Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; Xavier Becerra, in his official capacity as Attorney General of California,<br>    Defendants. | Case No. 2:18-cv-09531-JLS (DFMx)<br><br>**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGEMENT** |

Plaintiff Thomas Few hereby submits this Statement of Uncontroverted Facts in support of his Motion for Summary Judgement. The Few and Defendant United Teachers of Los Angeles have stipulated and filed with the court a Joint Statement of Undisputed Facts (Dkt. 71) (JSF), including relevant exhibits. Plaintiff restates these facts in support of his Motion.

1.     Thomas Few has been a special education teacher employed by the Los Angeles Unified School District ("LAUSD") since August 2016.

2.     A true and correct copy of Few's September 8, 2016 UTLA membership application, which Few signed, is attached to the JSF as Exhibit A.

3.     A true and correct copy of Few's February 13, 2018 updated UTLA membership application, which Few signed, is attached to the JSF as Exhibit B.

4.     A true and correct copy of Few's June 2018 letter received by UTLA is attached to the JSF as Exhibit C.

5.     A true and correct copy of UTLA's July 13, 2018 letter to Few, which Few received, is attached to the JSF as Exhibit D.

6.     On August 3, 2018, Few submitted another letter to both UTLA and LAUSD, which UTLA and LAUSD received.  A true and correct copy of Few's August 3, 2018 letter is attached attached to the JSF as Exhibit E.

7.     On or about October 10, 2018, Few submitted a letter to UTLA, which UTLA received.  A true and correct copy of Few's October 10, 2018 letter is attached to the JSF as Exhibit F.

8.     On October 19, 2018, UTLA sent a letter to Few, which Few received.  A true and correct copy of UTLA's October 19, 2018 letter is attached to the JSF as Exhibit G.

9.     On or about November 21, 2018, UTLA sent Few a letter dated November 20, 2018, which Few received.  A true and correct copy of UTLA's November 20, 2018 letter is attached to the JSF as Exhibit H.  UTLA included with the letter a check for $433.31 payable to Few.

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGEMENT

10.     The check for $433.31 reimbursed Few for all dues deducted from his pay from the beginning of June 2018 to October 31, 2018 (corresponding to the November 5, 2018 pay date), including interest.

11.     LAUSD has not deducted any dues from Few's wages since October 31, 2018 (corresponding to the November 5, 2018 pay date).

12.     On or about December 5, 2018, Few's counsel responded to UTLA with a letter acknowledging Few's receipt and deposit of the check provided by UTLA.  A true and correct copy of the December 5, 2018 letter is attached to the JSF as Exhibit I.

13.     From the time he began his employment through October 31, 2018, LAUSD deducted union dues of approximately eighty-six dollars ($86) per month from Few's paychecks and remitted them to UTLA.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGEMENT

14.     Prior to the U.S. Supreme Court's decision in Janus v. AFSCME, Council 31 on June 27, 2018, bargaining unit workers who were not UTLA members were required to pay fair-share fees to UTLA, pursuant to the Educational Employment Relations Act. LAUSD deducted fair-share fees from wages.  Compulsory fair-share fees were less than membership dues.  LAUSD stopped deducting, and UTLA stopped receiving, fair-share fees after Janus.


Dated: October 18, 2019                    Respectfully submitted,

                                           /s/ Brian K. Kelsey
                                           Brian K. Kelsey (Admitted Pro Hac Vice)
                                           bkelsey@libertyjusticecenter.org
                                           Jeffrey M. Schwab (Admitted Pro Hac Vice)
                                           jschwab@libertyjusticecenter.org
                                           Senior Attorneys
                                           Liberty Justice Center
                                           190 South LaSalle Street
                                           Suite 1500
                                           Chicago, Illinois 60603
                                           Phone: 312-263-7668
                                           Fax: 312-263-7702

                                           Mark W. Bucher
                                           mark@calpolicycenter.org
                                           CA S.B.N. # 210474
                                           Law Office of Mark W. Bucher
                                           18002 Irvine Blvd., Suite 108
                                           Tustin, CA 92780-3321
                                           Phone: 714-313-3706
                                           Fax: 714-573-2297

                                           *Attorneys for Plaintiff*