Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474
Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

Brian K. Kelsey (*Admitted Pro Hac Vice*)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (*Admitted Pro Hac Vice*)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*
*Additional Counsel on Following Page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Few,<br>         Plaintiff<br><br>v.<br><br>United Teachers of Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; Xavier Becerra, in his official capacity as Attorney General of California,<br>         Defendants. | Case No. 2:18-cv-09531-JLS (DFMx)<br><br>**JOINT NOTICE OF WAIVER OF ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT AND STIPULATION RE: BRIEFING SCHEDULE**<br><br>Hearing Date: Dec. 6 and Dec. 13, 2019<br>Hearing Time: 10:30 a.m.<br>Location:    Courtroom 10A<br><br>Judge:       The Hon. Josephine L. Staton |

SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant UTLA*

Plaintiff Thomas Few and Defendant United Teachers Los Angeles ("UTLA"), by and through their undersigned counsel of record, hereby stipulate to the following briefing schedule on their cross-motions for summary judgment, and in accordance with Local Rule 7-15, provide notice that the parties have agreed to waive oral argument on those motions, which are currently noticed for hearing on December 6 and December 13, 2019.

The parties stipulate as follows:

1. Any response shall be filed on or before November 8, 2019;

2. Any reply shall be filed on or before November 22, 2019;

3. Because the Court can make its ruling based on the parties' briefs and oral argument will not benefit the Court; because lead counsel for both parties resides outside the Central District of California; and because this is not the type of matter in which a statute, the Federal Rules of Civil Procedure, or the Court's rules require a hearing, the parties agree to waive oral argument on their cross-motions for summary judgment pursuant to Local Rule 7-15, subject to the consent of the Court.

Dated: November 4, 2019                Respectfully submitted,

/s/ Brian K. Kelsey
Brian K. Kelsey (Admitted Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Jeffrey M. Schwab (Admitted Pro Hac Vice)
jschwab@libertyjusticecenter.org
Senior Attorneys
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Mark W. Bucher
mark@calpolicycenter.org
CA S.B.N. # 210474

Law Office of Mark W. Bucher
18002 Irvine Blvd., Suite 108
Tustin, CA 92780-3321
Phone: 714-313-3706
Fax: 714-573-2297

*Attorneys for Plaintiff*

/s/ P. Casey Pitts
SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant UTLA*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: November 4, 2019            /s/ P. Casey Pitts

                                              P. Casey Pitts
                                              *Attorney for Defendant UTLA*