SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant United Teachers Los Angeles*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW,<br><br>                  Plaintiff,<br><br>        v.<br><br>UNITED TEACHERS LOS ANGELES, *et al.*,<br><br>                  Defendants. | CASE NO:  2:18-cv-09531-JLS-DFM<br><br>**DECLARATION OF P. CASEY PITTS IN SUPPORT OF DEFENDANT UTLA'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**<br><br>Hearing Date:  Dec. 6, 2019<br>Hearing Time: 10:30 a.m.*<br>Location:        Courtroom 10A<br><br>Hon. Josephine L. Staton |

* The parties have submitted a request to waive oral argument on their motions for summary judgment.

1      I, P. Casey Pitts, declare as follows:

2      1.    I am a partner at Altshuler Berzon LLP and one of the counsel of

3 record for Defendant United Teachers Los Angeles in this action.  I have personal

4 knowledge of the facts set forth in this Declaration, and I could and would testify

5 competently about them if called as a witness in this matter.

6      2.    Attached hereto as **Exhibit A** is a true and correct copy of the Alaska

7 Superior Court, Third Judicial District's October 3, 2019 Temporary Restraining

8 Order issued in *Alaska v. Alaska State Employees Association*, No. 3AN-19-

9 09971CI.

10      I declare under penalty of perjury under the laws of the United States that the

11 foregoing is true and correct.  Executed on November 8, 2019, in San Francisco,

12 California.

13
14                     */s/P. Casey Pitts*
                           P. Casey Pitts

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF P. CASEY PITTS ISO UTLA'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, No. 2:18-cv-09531-JLS-DFM