UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:18-cv-09531-JLS-DFM                                    Date: January 31, 2020
Title: Thomas Few v. United Teachers Los Angeles et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CONTINUING FINAL PRETRIAL CONFERENCE**

The final pretrial conference in this matter is currently set for February 7, 2020, at 10:30 a.m.  (Scheduling Order at 2, Doc. 67.)  In light of the parties' pending cross-motions for summary judgment (Docs. 72, 73), the final pretrial conference is CONTINUED to March 27, 2020 at 10:30 a.m.

Initials of Preparer:  tg