SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant United Teachers Los Angeles*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED TEACHERS LOS ANGELES, *et al.*,<br><br>            Defendants. | CASE NO: 2:18-cv-09531-JLS-DFM<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Hon. Josephine L. Staton |

**NOTICE OF LODING OF PROPOSED JUDGMENT**

PLEASE TAKE NOTICE that Defendant United Teachers Los Angeles hereby lodges the attached Proposed Judgment, pursuant to the Court's order of February 10, 2020.

Dated: February 19, 2020     Respectfully submitted,

By:   /s/Scott A. Kronland
         Scott A. Kronland

SCOTT A. KRONLAND
P. CASEY PITTS
ALTSHULER BERZON LLP

IRA L. GOTTLIEB
BUSH GOTTLIEB, A Law Corporation

*Attorneys for Defendant*
*United Teachers Los Angeles*