SCOTT A. KRONLAND (SBN 171693)
skronland@altshulerberzon.com
P. CASEY PITTS (SBN 262463)
cpitts@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendant United Teachers Los Angeles*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FEW,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED TEACHERS LOS ANGELES, *et al.*,<br><br>            Defendants. | CASE NO: 2:18-cv-09531-JLS-DFM<br><br>**[PROPOSED] JUDGMENT**<br><br>Hon. Josephine L. Staton |

**[PROPOSED] JUDGMENT**

Pursuant to this Court's February 10, 2020 Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment (Dkt. 85),

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED against Plaintiff Thomas Few and in favor of Defendants United Teachers Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; and Xavier Becerra, in his official capacity as Attorney General of California.

Dated this _____ day of _____, 2020.

_____
Hon. Josephine L. Staton
United States District Judge