UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS FEW, | CASE NO: 2:18-cv-09531-JLS-DFM |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED TEACHERS LOS ANGELES, *et al.*, | Hon. Josephine L. Staton |
| Defendants. | |

**JUDGMENT**

Pursuant to this Court's February 10, 2020 Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment (Doc. 85),

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice, and JUDGMENT IS HEREBY ENTERED against Plaintiff Thomas Few and in favor of Defendants United Teachers Los Angeles; Austin Beutner, in his official capacity as Superintendent of Los Angeles Unified School District; and Xavier Becerra, in his official capacity as Attorney General of California.

Date: February 26, 2020

_____
Honorable Josephine L. Staton
United States District Judge

1